BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re:

AIR CRASH AT SAN FRANCISCO
INTERNATIONAL AIRPORT ON
JULY 6, 2013

MDL Docket No. 2497

TO:   Clerk of the Panel
      United States Judicial Panel on Multidistrict Litigation
      Thurgood Marshall Federal Judiciary Building
      One Columbus Circle, N.E.
      Room G-255, North Lobby
      Washington, D.C. 20544-0005

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), Defendant The Boeing Company ("Boeing"), through its counsel, respectfully notifies the Panel of a potential tag-along action and states as follows:

1. The following potential tag-along action is now pending in the United States District Court for the Northern District of California:

   - *Zhang Xiao Ping and Yang Cang Hai v. Asiana Airlines, Inc. and The Boeing Company*, N.D. California, Case No. 4:13-cv-04546-JCS (the "*Ping* action").[1]

2. On September 24, 2013, Boeing filed a motion with the Panel pursuant to 28 U.S.C. § 1407 to centralize ten actions (the "Actions") for consolidation and/or coordination for pretrial purposes in the United States District Court for the Northern District of California. The complaints in each of these Actions arise out of the July 6, 2013 crash of Asiana Airlines, Inc.

---

[1] A copy of the complaint filed in the *Ping* action and a copy of the docket sheet are attached hereto as Exhibit A.

LEGAL28012969.1

("Asiana") Flight 214 at San Francisco International Airport and share common questions of fact and law. Asiana has joined in Boeing's motion. The Panel designated these ten actions as MDL No. 2497 and published a briefing schedule.

3. The *Ping* action involves common questions of fact and law with MDL No. 2497. It also arises out of the July 6, 2013 crash of Asiana Flight 214.

WHEREFORE, The Boeing Company hereby notifies the Panel of this potential tag-along action and requests that the Panel add the *Ping* action to the Schedule of Actions in MDL No. 2497 for coordination and consolidation in the Northern District of California.

DATED: October 9, 2013

Respectfully submitted,

PERKINS COIE LLP

By: _____
Bruce D. Campbell, Washington Bar No. 8629
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000
Email: BCampbell@perkinscoie.com

*Attorney for Defendant The Boeing Company*